UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-7948-SVW-RZ | Date | November 24, 2009 |
|---|---|---|---|
| Title | U.S. Bank National Association v. Rocio Amezcua et al. | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT

   Having examined Defendant's Notice of Removal and attached papers, the Court finds that federal subject matter jurisdiction is lacking.

   Accordingly, the Court REMANDS the action to the state court from which it originated.

|   | : |   |
|---|---|---|
| Initials of Preparer | PMC | |